Your Honor, I am here today seeking justice for the wrongful termination that occurred after I was falsely accused of damaging a $20 item that was already damaged before I even interacted with it. This termination not only led to the loss of my job, health insurance, and the ability to provide for my newborn child, but also subjected me to unfair treatment and discriminatory practices. I would also like to highlight the disparity between the disciplinary actions taken against me and those faced by other employees who committed far more egregious errors. Specifically, I would like to point out that I, as a Black employee, was treated significantly more harshly than a White employee who was not only not fired but was actually promoted despite causing significant damages.

**Background of the Case:**

1. **Falsely Accused of Damaging Property:**
   I was accused of damaging a $20 item at Peterbilt Motors, which was already damaged prior to my involvement. Despite this, I was placed on Counsel Track 2 without being given any prior verbal or written warnings, and without an opportunity to discuss the issue or address it with my supervisors. My placement on Counsel Track 2 was done without following proper protocol, and I was never informed of being placed on Counsel Track 1 before this. This lack of proper procedure constitutes a clear violation of company policy.

2. **Disproportionate Disciplinary Action:**
   The consequences I faced were extreme given the nature of the alleged infraction. I was demoted and placed on Counsel Track 2, and just one month before completing the program, I was fired. In contrast, other employees who had caused damages amounting to thousands of dollars were neither terminated nor subjected to such harsh disciplinary actions. One employee, in particular, caused damage worth thousands of dollars and was promoted to a team lead position by the same manager who had initiated my termination. This raises serious questions about the consistency and fairness of the disciplinary actions taken, especially considering the racial disparity in how I was treated.

3. **Racial Discrimination and Unfair Treatment:**
   It is important to note that I am a Black employee, and the individual who caused significant damage—who was promoted to team lead despite his actions—is White. The difference in how we were treated is glaring, as I was subjected to severe punishment, including being placed on Counsel Track 2 and ultimately fired, while a White employee who committed a far greater offense not only faced no consequences but was rewarded with a promotion. This disparity in treatment based on race is not only discriminatory but reflects a broader pattern of unequal treatment within the company.

4. **Failure to Follow Proper Disciplinary Procedures:**

   I was not given the proper warnings as outlined in company policy before being placed on Counsel Track 2. Standard procedure dictates that employees should first receive a verbal warning, followed by a written warning, and only then be placed on Counsel Track 1, with Counsel Track 2 as the last step. I was immediately placed on Counsel Track 2 without any prior disciplinary action. This deviation from company procedure indicates that I was treated unfairly compared to others.

5. **Incorrect and Invalid Paperwork:**

   Additionally, the paperwork I was asked to sign, which was allegedly the basis for my termination, was incorrectly written and improperly handled: wrong job title, wrong job position, wrong grade level of position, wrong part, incorrect description of event, wrong quotation of employee hand book, etc… Despite the fact that I never signed the paperwork, it was still used as justification for my firing. This improper handling of documentation further undermines the legitimacy of my termination and raises questions about the fairness of the process.